IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Adversary No. _____ |
| | ) | |
| Taniel Patrice Sanders | ) | Case No. 18-33826 |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Taniel Patrice Sanders | ) | Judge John P. Gustafson |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF PLAINTIFF** |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Department of Education | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Pennsylvania Higher Education Assistance | ) | |
| | ) | |
| Defendants. | ) | |

Taniel Patrice Sanders, being duly sworn, deposes and says that she has read the allegations of the above Complaint and that they are true to the best of her knowledge.

_____
Taniel Patrice Sanders

Sworn to before me and subscribed in my presence this 22nd day of March, 2019.

JOSEPH E. STANFORD
NOTARY PUBLIC
STATE OF OHIO
My Commission Expires
April 24, 2021

_____
Notary Public