The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 4 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No 18-33826 |
| Taniel Patrice Sanders, | Adv. Pro. No. 19-03008 |
| Debtor, | Judge John P. Gustafson |
| Taniel Patrice Sanders, | |
| Plaintiff, | |
| v. | |
| FedLoan Servicing, et al. | |
| Defendants. | |

### ORDER ON JOINT MOTION TO WITHDRAW JURY DEMAND

After considering the *Joint Motion to Withdraw Jury Demand*, the court orders that the motion is: **GRANTED**.

###