# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:                                              Case No.    19-03008-jpg

(Taniel Patrice Sanders)                       Chapter    7

Taniel Patrice Sanders

v.

FedLoan Servicing et al

(Related Case No. 18-33826         )

**NATURE OF PROCEEDING:**

Further Pre-Trial on Complaint by Taniel Patrice Sanders against FedLoan Servicing, U.S. Department of Education, Pennsylvania Higher Education Assistance. Nature of Suit: (Dischargeability - 523(a)(8), student loan)

**APPEARANCES:**

- ☑ Plaintiff(s) Taniel Patrice Sanders
- ☑ Atty for Plaintiff(s): Joseph E. Stanford
- ☑ Atty for Defendant(s): Guillermo J. Rojas (by phone)
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for

- ☑ HELD
- ☐ EVIDENCE SUBMITTED
- ☐ TAKEN UNDER ADVISEMENT
- ☐ NOT HELD
- ☐ MOTION CUT-OFF
- ☐ MOTION TO CONTINUE F/C _____ DAYS
- ☐ AGREED ENTRY ON / BEFORE _____ DAYS
- ☐ DISCOVERY CUT-OFF
- ☐ STATUS REPORT ON / BEFORE _____ DAYS
- ☐ MOTION FOR DEFAULT ON / BEFORE _____ DAYS
- ☐ AMENDED PLEADINGS
- ☐ REQ. FOR ALIAS SUMMONS ON / BEFORE _____ DAYS
- ☐ MOTION TO BE WITHDRAWN _____ DAYS
- ☐ FURTHER PRE-TRIAL
- ☐ OBJECTION TO BE WITHDRAWN _____ DAYS
- ☐ GRANTED ☐ APPROVED ☐ DENIED ☐ SUSTAINED ☐ TRIAL
- ☐ DISMISSED
- ☐ ADJOURNED TO _____ AT _____
- ☐ WITNESS / EX LISTS
- ☐ EXHIBITS TO COURT
- ☐ RULE 26(a)(1)(2) DISCLOSURE OF WITNESSES

**COMMENTS OF COURT:**

Discovery is continued to November 25, 2019, to allow the Debtor-Plaintiff to be deposed and for additional documents to be provided. Trail will be held on January 7, 2020 at 9:30 a.m. Exhibits and witness lists will be ordered to be provided prior to trial.

**HEARING DATE:** Tues., 9/24/2019
FOR COURT USE ONLY:
☐ Order Uploaded      ☑ Need Order      ☐ Return for Action